[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-12233
Non-Argument Calendar
_____

D.C. Docket No. 8:18-cr-00048-CEH-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUNIOR JEAN NOEL,
a.k.a. Jay Mula,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(February 11, 2019)

Before MARCUS, JILL PRYOR and ANDERSON, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399

F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of

the right to appeal difficult or debatable legal issues or even blatant error).